# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00701-CV

**Terry Christopher Bounds, Appellant**

**v.**

**David Fernea; Bounds and Pinto Marketing, Inc.; and Austrends, Inc., Appellees**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT
NO. D-1-GN-07-003874, HONORABLE GISELA D. TRIANA, JUDGE PRESIDING**

## O R D E R

**PER CURIAM**

The mandate in this cause issued by the Court on May 2, 2014, is hereby withdrawn.

It is ordered May 16, 2014.

Before Chief Justice Jones, Justices Pemberton and Goodwin